THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REACH ISLAND, LLC,

                Plaintiff,

    v.

GREENLEAF HR, LLC, *et al.*,

              Defendants.

CASE NO. C24-1138-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to dismiss (Dkt. No. 16). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." Accordingly, the parties' stipulation here is self-executing and this action is DISMISSED with prejudice and without costs or fees to any party. The Clerk is DIRECTED to close this case.

//

//

//

//

//

DATED this 15th day of April 2025.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk